IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


DREW CURTIS HARTLEY,
    Petitioner,

vs.                                          CASE NO.: 3:09cv42/MCR/MD

D. ELLIS,
    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 6, 2009. The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The second amended petition for writ of habeas corpus (doc. 25), challenging the disciplinary conviction dated November 25, 2008 (charging disciplinary report log #119-083001) is DENIED and this case is DISMISSED WITH PREJUDICE.

3. All pending motions are DENIED as moot.

**4. The clerk is directed to close the file.**

**DONE and ORDERED this 17th day of August, 2009.**

s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**