### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**DREW CURTIS HARTLEY,**
  **Petitioner,**

**vs.**           **3:09cv42/MCR/MD**

**D. ELLIS,**
  **Respondent.**

_____

### O R D E R

  **This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 24, 2009. The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.**

  **Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.**

  **Accordingly, it is now ORDERED:**

  **1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.**

  **2. The second amended petition for writ of habeas corpus (doc. 25) challenging the disciplinary conviction dated November 25, 2008 (charging disciplinary report log # 119-083001) is DENIED and this case is DISMISSED WITH PREJUDICE.**

  **3. All pending motions are DENIED as moot.**

4.      The clerk is directed to close the file.

**DONE AND ORDERED this 26th day of October, 2009.**


*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**